STATE OF NEW JERSEY v. MURRELL MOORE.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY DAVIS.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE LOPEZ.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ARNULFO CHALA.

May 30, 1989.

Petition for certification denied.

BONNET DEVELOPMENT CORPORATION v. STAFFORD
TOWNSHIP, ETC., ET AL.

May 30, 1989.

Petition for certification denied.